# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEANGELO JEAN WRIGHT, | :: | HABEAS CORPUS |
|    Petitioner, | :: | 28 U.S.C. § 2241 |
| | :: | |
| v. | :: | |
| | :: | |
| ADDELE GRUBBS, et al., | :: | CIVIL ACTION NO. |
|    Respondents. | :: | 1:11-CV-3129-TWT-RGV |

## ORDER FOR SERVICE OF ORDER AND REPORT AND RECOMMENDATION

Attached is the Order and final report and recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72. Let the same be filed and a copy, with a copy of this order, be served upon counsel for the parties, or if a party is not represented, then directly upon said party.

Each party may file written objections, if any, to the report and recommendation within fourteen (14) days of receipt of this order. 28 U.S.C. § 636(b)(1). Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the district court. If

no objections are filed, the report and recommendation may be adopted as the opinion and order of the district court and any appellate review of factual findings will be limited to a plain error review. United States v. Slay, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the district court after expiration of the above time period.

**IT IS SO ORDERED** this 9th day of November, 2011.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DEANGELO JEAN WRIGHT, | :: | HABEAS CORPUS |
|     Petitioner, | :: | 28 U.S.C. § 2241 |
| | :: | |
| v. | :: | |
| | :: | |
| ADDELE GRUBBS, et al., | :: | CIVIL ACTION NO. |
|     Respondents. | :: | 1:11-CV-3129-TWT-RGV |

## **ORDER AND FINAL REPORT AND RECOMMENDATION**

Sylvester Moore, acting pursuant to a power of attorney, filed, on behalf of petitioner DeAngelo Jean Wright, a pro se "Verified Complaint" and "Petition for Writ of Habeas Corpus Breach of Fiduciary Duty," which was docketed as this 28 U.S.C. § 2241 petition. [Doc. 1]. On September 21, 2011, the Court ordered Wright to amend his petition within thirty days and instructed Wright that he must either sign the petition himself or obtain counsel because "[a] non-attorney who is authorized to bring suit on behalf of a party may not appear pro se as that party's 'legal counsel.'" Hand v. Bibeault, 400 F. App'x 526, 528 (11th Cir. 2010) (per curiam). [Doc. 5 at 2]. The Court advised Wright that failure to comply within the specified period of time could result in the dismissal of this action. [Id.]. More than thirty days have passed since entry of the Order, and Wright has not complied.

AO 72A
(Rev.8/82)

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** for Wright's failure to follow a lawful order of this Court. See LR 41.3A(2), NDGa.

Additionally, **IT IS ORDERED** that Moore's "Motion to Cure Fault," [Doc. 4], and "Motion to Joinder," [Doc. 6], are **DENIED** because, as noted above, he may not act as legal counsel for Wright.

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO ORDERED AND RECOMMENDED**, this 9th day of November, 2011.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)