IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEANGELO JEAN WRIGHT,

   Petitioner,

     v.

ADDELE GRUBBS
Judge, U. S. Superior Court of Cobb
County, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-3129-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to comply with a lawful order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of December, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Wright\r&r.wpd